77,978-07

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 23 2015

Abel Acosta, Clerk

To: Abel Acosta, Clerk
    Court Of Criminal Appeals Of Texas

From: Jimmy Dewayne Hill #1719333
      Boud Unit. J201-B
      200 Spur 113
      Teague, TX. 75860

Date: December 17, 2015

Re: C.C.A. Writ No. WR-77,978-07

Hello,

On 12-9-2015 your office sent me a postcard to inform me that my application for writ of habeas corpus was dismissed for non-compliance pursuant to T.R.A.P. Rule 73.1, however the Application, Memorandum and exhibits were not returned to the Applicant as Rule 73.2 prescribes so that the Applicant may resubmit the form after the verification is properly completed. see also Rule 44.3 "A Court of appeals must not affirm or reverse a judgment or dismiss an appeal for formal defects or irregularities in appellate procedure without allowing a reasonable time to correct or amend the defects or irregularities. Please allow me a chance to correct the formal defect in procedure.

*attached: Signed Verification Form

Respectfully Submitted

Jimmy Dewayne Hill - Applicant

1.

Jimmy Hill #1719333
Boyd Unit, J201-8
200 Spur 113
Teague, Tx 75860

Legal Mail

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

NORTH TEXAS TX PDTC
DALLAS TX 750
21 DEC 2015 PM 1 L

Office Of The Clerk
Court Of Criminal Appeals Of Texas
P.O. Box 12308, Capitol Station
Austin, Tx. 78711

78711230808

FOREVER
USA